UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRIN HALL,** *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **LIBERTY UNIVERSITY, INC.,** <br><br> Defendant. | Case No. 1:25-cv-12388 <br><br> JUDGE: MARY M. ROWLAND |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LIBERTY UNIVERSITY

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, the Defendant, Liberty University, by and through its attorneys, Dinsmore & Shohl, LLP, makes the following disclosure to the Court:

1. Liberty University has no parent or subsidiary corporations.

2. No publicly traded company owns more than 10% of stock in Liberty University.

Respectfully submitted,

*/s/ Karen S. Hockstad*
Karen S. Hockstad (0061308 OH)
Dinsmore & Shohl, LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Telephone: (614) 628-6880
Fax: 9614) 628-6890
Email: karen.hockstad@dinsmore.com
*Attorney for Defendant Liberty University*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all attorneys of record by electronically filing the same via the ECF system and email to Plaintiff's counsel on this 15th day of December, 2026.

Francisco Fernandez Del Castillo
Del Castillo Law Group, LLC
11 E. Adams Street, #1401
Chicago, IL 60603
francisco@delcastillolawgroup.com

Anthony Paronich (678437)
Paronich Law
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*

                                                Respectfully submitted,

                                                */s/ Karen S. Hockstad*
                                                  Karen S. Hockstad (0061308 OH)