# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Darrin Hall

                Plaintiff,

v.                                        Case No.: 1:25−cv−12388

                                                        Honorable Mary M. Rowland

Liberty University

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

        MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' initial status report. [7]. Initial disclosures due by 1/28/26. Status hearing set for 1/27/26 at 9:00AM via Webex to discuss the discovery schedule, including whether this Court should bifurcate discovery. The parties may join the hearing by using the following link: https://us−courts.webex.com/join/mary_rowlandilnd. uscourts.gov. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.