**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DARRIN HALL, | : | CASE NO.: 1:25-CV-12388 |
| | : | |
| PLAINTIFF, | : | JUDGE MARY L. ROWLAND |
| | : | |
| VS. | : | |
| | : | |
| LIBERTY UNIVERSITY, | : | |
| | : | |
| DEFENDANT. | : | |

## JOINT MOTION FOR AGREED PROTECTIVE ORDER

The Parties, by and through counsel, jointly move the Court for an Agreed Protective Order in substantially similar form as Exhibit A. For the Court's convenience, a clean version of the Agreed Protective Order is attached as Exhibit B.

Respectfully submitted,

*/s/ Anthony Paronich by permission*
Francisco Fernandez Del Castillo
Del Castillo Law Group, LLC
11 E. Adams Street, #1401
Chicago, IL 60603
(312) 216-0111
francisco@delcastillolawgroup.com

Anthony Paronich (678437)
Paronich Law
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Karen S. Hockstad*
Karen S. Hockstad (0061308)
Dinsmore & Shohl, LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
(614) 628-6880
Karen.hockstad@dinsmore.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon all attorneys of record by electronically filing the same via the ECF system and emailed to Plaintiff's counsel on this ___day of January, 2026.

Francisco Fernandez Del Castillo
Del Castillo Law Group, LLC
11 E. Adams Street, #1401
Chicago, IL 60603
(312) 216-0111
francisco@delcastillolawgroup.com

Anthony Paronich (678437)
Paronich Law
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Karen S. Hockstad*
Karen S. Hockstad (0061308 OH)