# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Darrin Hall
                            Plaintiff,

v.                                                 Case No.: 1:25−cv−12388
                                                       Honorable Mary M. Rowland

Liberty University
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The Court is in receipt of the parties' Joint Motion for Agreed Protective Order. [9]. In line with this Court's procedures, the parties are directed to email copies of the redlined version and the clean Word version of the proposed order to the Court's proposed order inbox Proposed_Order_Rowland@ilnd.uscourts. gov, with CC to counsel for all parties by 1/26/26. The subject line of the e−mail must include the case number and name and the title of the proposed confidentiality/protective order. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.