# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Darrin Hall

                    Plaintiff,

v.                                           Case No.: 1:25−cv−12388
                                                  Honorable Mary M. Rowland

Liberty University

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Video status hearing held. Parties report on the status of the case and what the parties believe discovery will entail. The court grants Liberty's request to bifurcate discovery to only Mr. Hall's claims. However, Liberty is required to provide substantive response in the first round. That means that Defendant is not permitted to respond to the first round of written discovery with nothing but objection. Defendant is free to raise valid objections, but it MUST also provide substantive responses to interrogatories and document requests. Liberty University is not permitted to respond with a round of objections. Further, the Court will not extend the discovery dates in light of the delay that bifurcation creates. Initial Disclosures due 1/28/26. First set of written discovery requests excluding class discovery due 3/15/26. Non−Class Discovery to close by 6/15/26. Parties are to file a status report 4/30/26 updating the Court on discovery. Parties are permitted to engage in third−party discovery. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.