**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DARRIN HALL,** *on behalf of himself and others similarly situated*, | **Case No. 1:25-cv-12388** |
| Plaintiff, | **JUDGE: MARY M. ROWLAND** |
| **v.** | |
| **LIBERTY UNIVERSITY, INC.,** | |
| Defendant. | |

**NOTICE OF SERVICE OF SUBPOENA TO**
**AT&T 24x7 GLOBAL DEMAND CENTER**

Please take notice that Defendant Liberty University, Inc., issued a Subpoena to Produce Documents via the above-captioned matter on AT&T 24x7 Global Demand Center on March 26, 2026, copies of which are attached hereto.

Dated: March 26, 2026

Respectfully submitted,

LIBERTY UNIVERSITY, INC.

By Counsel

/s/ *Karen S. Hockstad*
Karen S. Hockstad (0061308)
Dinsmore & Shohl, LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
P: (614) 628-6980
F: (614) 628-6890
Karen.hockstad@dinsmore.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all attorneys of record by via

the court's ECF filing system on this 26th day of March, 2026.

Francisco Fernandez Del Castillo
Del Castillo Law Group, LLC
11 E. Adams Street, #1401
Chicago, IL 60603
francisco@delcastillolawgroup.com

Anthony Paronich (678437)
Paronich Law
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Karen S. Hockstad*
Karen S. Hockstad (0061308 OH)