**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DARRIN HALL

       Plaintiff.

     v.

LIBERTY UNIVERSITY,

       Defendant.

Case No. 1:25-cv-12388

Judge Mary M. Rowland

**JOINT STATUS REPORT**

Pursuant to the Court's Docket Entry dated January 27, 2026 [dkt. 13], the Parties, by and through counsel, submit this status report on discovery.

1. <u>Written Discovery</u>. The parties have exchanged written discovery and completed the Rule 37 process with regard to Plaintiff's discovery requests to Defendant. Plaintiff has responded to Defendant's First Set of Combined Discovery. Responses to the second set of combined discovery is due on or before May 1.

2. <u>Third Party Discovery</u>. Defendant issued two subpoenas – one to Yahoo and one to AT&T. Responses have not been submitted as of the date of this status report.

3. <u>Depositions</u>. The parties have depositions scheduled for late May, 2026.

| | |
|---|---|
| */s/ Anthony Paronich by permission* | */s/ Karen S. Hockstad* |
| Francisco Fernandez Del Castillo | Karen S. Hockstad (0061308) |
| Del Castillo Law Group, LLC | Dinsmore & Shohl, LLP |
| 11 E. Adams Street, #1401 | 191 W. Nationwide Blvd., Suite 200 |
| Chicago, IL 60603 | Columbus, OH 43215 |
| (312) 216-0111 | (614) 628-6880 |
| francisco@delcastillolawgroup.com | Karen.hockstad@dinsmore.com |
| | |
| Anthony Paronich (678437) | *Attorney for Defendant* |
| Paronich Law | |
| 350 Lincoln Street, Suite 2400 | |
| Hingham, MA 02043 | |
| (617) 485-0018 | |
| anthony@paronichlaw.com | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all attorneys of record electronically via the ECF on this 28th day of April, 2026.

Francisco Fernandez Del Castillo
Del Castillo Law Group, LLC
11 E. Adams Street, #1401
Chicago, IL 60603
(312) 216-0111
francisco@delcastillolawgroup.com

Anthony Paronich (678437)
Paronich Law
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Karen S. Hockstad*
Karen S. Hockstad (0061308)

2