## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Darrin Hall

        Plaintiff,

v.

        Case No.: 1:25−cv−12388
        Honorable Mary M. Rowland

Liberty University

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2026:

        MINUTE entry before the Honorable Mary M. Rowland: The Court is in receipt of the parties' joint status report. [16]. The parties have exchanged written discovery and conducted some third−party discovery. Depositions are scheduled for late May 2026. Non−Class Discovery to close by 6/15/26. [13]. In person status set for 6/9/26 at 10:00 AM CST. Out of town counsel may attend via Webex. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.