**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

Darrin Hall

    *Plaintiff*,

v.

Liberty University, Inc.,

    *Defendants*.

No. 1:25-cv-12388

Judge Mary M. Rowland

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff Darrin Hall and Defendant Liberty University, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated May 6, 2026.

AGREED TO BY:

Darrin Hall

By: /s/ Francisco Fernandez Del Castillo
One of His Attorneys

Francisco Fernandez del Castillo
**DEL CASTILLO LAW GROUP, LLC**
11 E Adams St., Suite 1401
Chicago, IL 60603
*francisco@delcastillolawgroup.com*
(312) 216-0111

By: /s/ Anthony Paronich
One of His Attorneys

Anthony Paronich
**Paronich Law**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
*anthony@paronichlaw.com*
(617) 485-0018

Liberty University, Inc

By: /s/ Karen Hockstad
One of Its Attorneys

Karen S. Hockstad
**Dinsmore & Shohl, LLP.**
191 W Nationwide Blvd, Suite 200
Columbus, Ohio 43215
*Karen.hockstad@dinsmore.com*
(614) 628-6890