**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Darrin Hall

          Plaintiff,

v.

          Case No.: 1:25–cv–12388
          Honorable Mary M. Rowland

Liberty University

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 8, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: A stipulation of dismissal [18] has been filed. Pursuant to Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice. Each party to bear its own costs. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.